## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No: <u>SA CV 22-00858-DOC-(DFMx)</u>                    Date: <u>May 19, 2022</u>

Title:  <u>Colin Moncrife v. Wells Fargo Bank, N.A. et al</u>

---

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| <u>Karlen Dubon</u> | <u>Not Present</u> |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS):  ORDER DISMISSING CIVIL CASE**

In light of the Plaintiff's notice of settlement with Defendant Experian Information Solutions, Inc. [13] and notice of dismissal with prejudice as to Wells Fargo Bank, N.A. [12], the Court hereby orders this action DISMISSED.

The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for 30 days with regards to Defendant Experian Information Solutions, Inc. to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

The Clerk shall serve this minute order on the parties.